IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VESTER LEE PATTERSON,

      Plaintiff,                      No. 2:13-cv-1111 EFB P

      vs.

DEBORAH E. LESLIE, et al.,

      Defendants.             ORDER

                               /

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983 against officials at the Los Angeles County Jail. He requests leave to proceed in forma pauperis.

      A civil action, other than one based on diversity jurisdiction, must be brought in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b). Because Los Angeles County lies within the venue of the Central District of California, venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b); 28 U.S.C. § 84(c)(2).

1  Accordingly, this case is transferred to the United States District Court for the Central
2 District of California.  *See* 28 U.S.C. § 1406(a).
3  So ordered.
4 Dated:  June 24, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE