1

2

3

4

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   VESTER LEE PATTERSON,

11           Plaintiff,                    No. 2:13-cv-1111 EFB P

12        vs.

13   DEBORAH E. LESLIE, et al.,

14           Defendants.                   ORDER

15   _____/

16        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17   U.S.C. § 1983 against officials at the Los Angeles County Jail.  He requests leave to proceed in

18   forma pauperis.

19        A civil action, other than one based on diversity jurisdiction, must be brought in "(1) a

20   judicial district where any defendant resides, if all defendants reside in the same State, (2) a

21   judicial district in which a substantial part of the events or omissions giving rise to the claim

22   occurred, or a substantial part of property that is the subject of the action is situated, or (3) a

23   judicial district in which any defendant may be found, if there is no district in which the action

24   may otherwise be brought."  28 U.S.C. § 1391(b).  Because Los Angeles County lies within the

25   venue of the Central District of California, venue properly lies in that district and not in this one.

26   *See* 28 U.S.C. § 1391(b); 28 U.S.C. § 84(c)(2).

1

1    Accordingly, this case is transferred to the United States District Court for the Central

2  District of California.  *See* 28 U.S.C. § 1406(a).

3    So ordered.

4  Dated:  June 24, 2013.

5                                                        EDMUND F. BRENNAN
                                                         UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26